## General Affidavit

**State of Florida**
**County of Miami-Dade**

Before the undersigned, an officer duly commissioned by the laws of Florida, on this __25__ day of ___October___, 2017, personally appeared Belkis Alvarez who having been first duly sworn depose and say:

1. My name is Belkys Alvarez.

2. I am a paralegal who has worked for Mendez Law Offices, PLLC. for over 8 years.

3. My primary position is Bankruptcy Petition Filer.

4. On October 6, 2017, I assisted Jose Palomino in preparing his bankruptcy petition.

5. Mr. Palomino listed Guadalupe Barbur and her address as a creditor.

6. After filing the petition, I personally called Ms. Barbur and spoke to her.

7. I said the following to Ms. Barbur: (Hello Ms. Barbur, I am calling to inform you that Jose Palomino has filed for bankruptcy. Please give me your email address so I may send you a suggestion of bankruptcy.) **Translated from Spanish**

8. I personally sent a message to Ms. Barbur's email address that day with the suggestion of bankruptcy as attachment on the email.

9. I never received a returned email notice.

10. On October 19, 2017, I again spoke with Ms. Barbur and I again informed her of the existence of the bankruptcy.

_____
Maker of Affidavit (Belkys Alvarez)

Subscribed and sworn to before me this __25th__ day of ___October___, 2017.

_____
Notary Public

My Commission Expires on: __04/21/2017__

MARIELA ALVAREZ
MY COMMISSION #FF115031
EXPIRES: APR 21, 2018
Bonded through 1st State Insurance